UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSWALDO MATA,<br>Plaintiff,<br>v.<br>THE LAW OFFICE OF ROSINA C. STAMBAUGH LLC, et al.,<br>Defendants. | Case No. 1:26-cv-06160-JLT-FJS<br>ORDER REFERRING THE MATTER TO THE VDRP<br>(ECF No. 13) |

Pursuant to the parties' agreement and Local Rule 271, Plaintiff Oswaldo Mata and Defendants the Law Office of Rosina C. Stambaugh LLC and Rosina C. Stambaugh have agreed to have the matter referred to the court's voluntary dispute resolution program. (ECF No. 13.) Therefore, the court ORDERS:

1. This matter is referred to the voluntary dispute resolution program ("VDRP");
2. The parties shall notify the court within thirty (30) days of completing the VDRP; and
3. The scheduling conference currently set for December 8, 2026, will remain on calendar, but will be continued if necessary for completion of the VDRP once the parties notify the court that VDRP is still pending.

IT IS SO ORDERED.

Dated: **October 20, 2026**

UNITED STATES MAGISTRATE JUDGE